1  SALIL BALI, State Bar No. 263001
     sbali@stradlinglaw.com
2  AHMAD TAKOUCHE, State Bar No. 322911
     atakouche@sycr.com
3  STRADLING YOCCA CARLSON & RAUTH
   A PROFESSIONAL CORPORATION
4  660 Newport Center Drive, Suite 1600
   Newport Beach, CA 92660-6422
5  Tel. 949 725 4000  |  Fax 949 725 4100

6

7  MANISH MEHTA (*pro hac vice* forthcoming)
     MMehta@beneschlaw.com
8  KATE M. WATSON (*pro hac vice* forthcoming)
     kwatsonmoss@beneschlaw.com
9  BENESCH, FRIEDLANDER,
   COPLAN & ARONOFF LLP
10 71 S. Wacker Drive, Suite 1600
   Chicago, IL 60606
11 Tel. 312 212 4949  |  Fax 312 7679192

12 MICHAEL S. WEINSTEIN (*pro hac vice* forthcoming)
     mweinstein@beneschlaw.com
13 BENESCH, FRIEDLANDER,
   COPLAN & ARONOFF LLP
14 127 Public Square, Ste. 4900
   Cleveland, OH 44114
15 Tel. 216 363 6228  |  Fax 216 363 4588

16 *Attorneys for Movants, Hewlett Packard Enterprise Company, et al.*

17

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| HEWLETT PACKARD ENTERPRISE COMPANY and ARUBA NETWORKS, LLC,<br><br>Movants,<br><br>vs.<br><br>BRIAN YATES<br><br>Respondent. | CASE NO.<br>**MOVANTS' NOTICE OF MOTION AND MOTION TO ENFORCE SUBPOENA SERVED IN PENDING CASE**<br><br>[Action pending in the Eastern District of Texas, *K.Mizra LLC* v. *Hewlett Packard Enterprise Company, et al.*, Case No. 2:21-cv-00305-JRG]<br><br>Hearing:<br>Time:<br>Location:<br><br>*Complaint Filed: August 9, 2021* |
|---|---|

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

1   Movants Hewlett Packard Enterprise Company and Aruba Networks, LLC file this miscellaneous action pursuant to Fed. R. Civ. P. 45 and C.D. Cal. L.R. 45-1 to compel compliance with the subpoena served in the above-captioned action pending in the United States District Court for the Eastern District of Texas, Case No. 2:21-cv-00305-JRG.  A true and correct redacted copy of this subpoena is attached hereto as Exhibit A.

Counsel for Movants has complied with C.D. Cal. LR 37-1, by meeting and conferring with counsel for Respondent, Brian Yates.  Counsel has also complied with C.D. Cal. L.R. 37-2.2, by serving counsel for Respondent Brian Yates with Movants' portion of the required joint stipulation on October 19, 2023.  *See Warming Trends, LLC v. Stone*, No. SA MC 21-00018-CJC (DFM), 2021 U.S. Dist. LEXIS 83725 (C.D. Cal. Apr. 29, 2021) (L.R. 37 applies to petitions/motions to enforce subpoena served in proceeding).  A true and correct redacted copy of Movants' served portion of the joint stipulation is attached hereto as Exhibit B.

Respondent has declined to provide his portion of the required joint stipulation until an action is filed.  Upon receiving Respondent's portion of the joint stipulation, Movants will promptly file a notice of motion, the joint stipulation and supporting papers, pursuant to L.R. 37.

By this and the motion to be filed, Movants pray for an order requiring Respondent to comply with the subpoena and the applicable rules and requirements that govern it.

DATED:  October 20, 2023

STRADLING YOCCA CARLSON & RAUTH A PROFESSIONAL CORPORATION

By: */s/ Salil Bali*
       Salil Bali

| | |
|---|---|
| DATED:  October 20, 2023 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| | By:  /s/ Kate M. Watson<br>Manish Mehta<br>(*pro hac vice* forthcoming)<br>Kate M. Watson<br>(*pro hac vice* forthcoming)<br>Michael Weinstein<br>(*pro hac vice* forthcoming) |
| | ***Attorneys for Movants***<br>***Hewlett Packard Enterprise Company***<br>***and Aruba Networks, LLC*** |